UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KEVIN LANGELLIER,

    Plaintiff,

v.                                          Case No. 6:19-cv-1316-RBD-EJK

BREVARD EXTRADITIONS, INC,

    Defendant.
_____

## ORDER

In this Fair Labor Standards Act case, the parties previously moved the Court for approval of their settlement agreement. (Doc. 78.) That agreement was denied without prejudice for, among other things, an overly broad release provision. (Doc. 84, pp. 4–6.)

The parties then revised their agreement and renewed their motion. (Doc. 88 ("Motion").) On referral, U.S. Magistrate Judge Embry J. Kidd entered a Report and Recommendation ("R&R") recommending that the Court grant the Motion and approve the settlement agreement. (Doc. 91.) The parties filed a joint notice of non-objection to the R&R. (Doc. 92.)

Because there are no objections, the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). The Court has examined the agreement and found the release provision not overly broad and the

agreement sufficiently fair and reasonable. (*See* Doc. 88-1, ¶ 4.) Finding no clear error, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 91) is **ADOPTED**, **CONFIRMED**, and made a part of this Order in its entirety.

2. The Second Joint Motion for Approval of FLSA Settlement Agreement (Doc. 88) is **GRANTED**.

3. The Settlement Agreement (Doc. 88-1) is **APPROVED**.

4. The Final Pretrial Conference set for April 12, 2021, is **CANCELED**.

5. This case is **DISMISSED WITH PREJUDICE**.

6. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 1, 2021.

ROY B. DALTON JR.
United States District Judge